# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

**FILED**

APR 10 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Anthony Leon Sawyer
_____
*Plaintiff(s)*

rite the full name of each plaintiff who is filing this complaint.
he names of all the plaintiffs cannot fit in the space above,
ase write "see attached" in the space and attach an additional
;e with the full list of names.)

-v-

SEE ATTACHED
_____
*Defendant(s)*

ite the full name of each defendant who is being sued. If the
,es of all the defendants cannot fit in the space above, please
e "see attached" in the space and attach an additional page
: the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **2:23-CV-26-M**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

① DR Eddie Ingram

② Rhonda James-Davis

③ Tammy Watts Sawyer

④ Sharon Warden

⑤ John Leidy
⑥ DR. Keith Parker

My lawsuit is against the

Pasquotank County Elizabeth City Public School System better known as ECPPS, ( Elizabeth City Pasquotank Public School System.

The first four defendants are employees of the district, And number 5 is the Attorney for the county public schools

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Anthony Leon Sawyer

Address: 2715 West Main St Ext
Elizabeth City        NC        27909
*City*        *State*        *Zip Code*

County: Pasquotank

Telephone Number: 252 312 4833

E-Mail Address: tony Sawyer 68@yahw.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Eddie Ingram

Job or Title (if known): Intirm superintendent

Address: 1200 Halstead Blvd        (PO Box 2247)
Elizabeth City        nc        27909
*City*        *State*        *Zip Code*

County: Pasquotank County

Telephone Number: 252 335 - 2981

E-Mail Address (if known): Www.ecpps.k12.nc.us

[X] Individual capacity    [X] Official capacity

Defendant No. 2

Name: Rhonda James-Davis

Job or Title (if known): Chief human resource officer

Address: 1200 Halstead Blvd
Elizabeth City        nc        27909
*City*        *State*        *Zip Code*

County: Pasquotank

Telephone Number: 252 335 - 2981

E-Mail Address (if known): www.ecpps.k12.NC.us

[X] Individual capacity    [X] Official capacity

Defendant No. 3

Name TAmmy WATTS SAWYER

Job or Title *(if known)* School spokesperson

Address 1200 Halstead Blvd (PO Box 2247)

ELIZABeth City *(City)* NC *(State)* 27905 *(Zip Code)*

County PaSQUOTANk

Telephone Number 252 335 2981

E-Mail Address *(if known)* www.ecpps.k12.NC.US

☒ Individual capacity ☒ Official capacity

Defendant No. 4

Name SHARON Warden

Job or Title *(if known)* School board chairman

Address 1200 Halstead Blvd (PO Box 2247)

ELIZABeth City *(City)* NC *(State)* 27905 *(Zip Code)*

County PASQUOTANk

Telephone Number 252 335-2981

E-Mail Address *(if known)* www.ecpps.k12.NC.US

☒ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violation of CIVILRights.
US Constitution · 1st Admendment (Freedom of Speech)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No #5

Name - John D. Leidy
Title - School district Attorney
Address 301 East Main St
        Elizabeth City NC 27909

County - Pasquotank
Telephone Number    252 338-4223
EMail Address    www.hrem.com

Defendant # 6

Name: Keith Parker
Title Superintendent
Address: 1200 Halstead Blvd, Eliz City NC 27909

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

DR Eddie Ingram - civil rights violation
Rhonda James Davis - civil rights violation
Tammy Watts Sawyer - civil rights violation

Sharon Warden - civil rights violation
John Leidy - civil rights violation
Keith Parks civil rights violation

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

All events happened At Posqotank Elementary School during school board meetings, Also emails, letters And phone calls March 21- Present

B.  What date and approximate time did the events giving rise to your claim(s) occur?

Eddie Ingan - #1 3-9- 2020 - 846 PM  #4
Rhonda Davis #2 March 2020 2021 2021 (2) 4-21  #5
Tammy Watts Sawyer #3 3-21, 3-9-22) 2-28/22 /1-27/22 /12-13/21 /10-25/21/

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Sharon Warden 10-25-21  12-13-21, 1-27-22, 2-28-22
4-26-21, 4-20-21

John Leidy May 3 and May 4 2021

Keith Parker - Feb 3, 2023