UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY LEON SAWYER, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| ELIZABETH CITY PASQUOTANK PUBLIC SCHOOL SYSTEM, | ) 2:23-CV-26-M-RN |
| Defendants. | ) |

Decision by Court.

IT IS ORDERED, ADJUDGED AND DECREED that the court ADOPTS as its own the substantive findings and conclusions in the magistrate judge's recommendation. For the reasons stated therein, Defendant's motion to dismiss [DE 44] is GRANTED, and the matter is dismissed without prejudice.

This case is closed.

**This judgment filed and entered on January 3, 2024, and served on:**
Anthony Leon Sawyer (via U.S. Mail to 2715 West Main St. Ext., Elizabeth City, NC 27909)
Jessica Thaller-Moran (via CM/ECF Notice of Electronic Filing)
Amanda S. Hawkins (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

January 3, 2024

 /s/ Lindsay Stouch
By: Deputy Clerk